UNITED STATES of America, Appellant, v. Edgar S. ALBRECHT et al., Appellees.

SAME v. Q. W. S. S. REALTY & INVESTMENT COMPANY, a Corporation, Appellee.

SAME v. Edward J. LINNENBRINGER et al., Appellees.

SAME v. Dennis B. PITMAN et al., Appellees.

Nos. 13223, 13226–13228.

Circuit Court of Appeals, Eighth Circuit.

April 9, 1946.

Rehearing Denied April 30, 1946.

Harry C. Blanton, U. S. Atty., of Sikeston, Mo. (J. Edward Williams, Acting Head, Lands Division, of Washington, D. C., S. Russell Vandivort, Asst. U. S. Atty., of St. Louis, Mo., and Roger P. Marquis and Wilma C. Martin, Attys., Department of Justice, both of Washington, D. C., on the brief), for appellant.

George Eigel and Igoe, Carroll, Keefe & Coburn, all of St. Louis, Mo., for appellees Edgar S. Albrecht et al.

Samuel M. Watson, of St. Louis, Mo., for appellee Q. W. S. S. Realty & Investment Co.

William Waye, Jr., of St. Charles, Mo., and Roscoe Anderson and William R. Gilbert, both of St. Louis, Mo., for appellees Edward J. Linnenbringer et al.

William H. Allen, of St. Louis, Mo., for appellees Dennis B. Pitman et al.

Before SANBORN, THOMAS and RIDDICK, Circuit Judges.

RIDDICK, Circuit Judge.

These cases are companion cases to No. 13,174, Oliver et al. v. United States, 8 Cir., 155 F.2d 73. They present, on facts identical so far as material, the question decided in the Oliver case. In these cases, however, the judgment of the District Court was in favor of the appellee landowners. Since the decision here is ruled by the Oliver case, the judgment in each of the cases is reversed, and each case is remanded to the District Court with directions to enter judgment in favor of the appellees for the consideration stipulated in the contract between appellees and the United States without interest.